IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALOYSIUS THADDEUS HENRY, ) | |
| AIS #152683, ) | |
|    Petitioner, ) | |
| ) | |
| ) | CASE NO. 2:12-CV-346-TMH |
| ) | |
| GARY HETZEL, *et al.*, ) | |
|    Respondents. ) | |

## ORDER

The Magistrate Judge entered a Recommendation (Doc. #4) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the court finds that the Recommendation should be adopted. Accordingly, it is

ORDERED that:

1. The Recommendation (Doc. #4) of the Magistrate Judge is ADOPTED;

2. The 28 U.S.C. § 2254 petition for habeas corpus relief is DENIED; and

3. This cause of action is DISMISSED in accordance with the provisions of 28 U.S.C. § 2244(b)(3)(A) for Petitioner's failure to obtain the requisite order from the Eleventh Circuit Court of Appeals authorizing this court to consider his successive habeas application.

A separate judgment shall issue.

Done this   15th   day of May, 2012.

                              /s/ Truman M. Hobbs
                            SENIOR UNITED STATES DISTRICT JUDGE